UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELEON ALEXANDER,

    Petitioner,

v.    Case No. 11-13841

DEBRA SCUTT,

    Respondent.
    _____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability" dated March 29, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Debra Scutt.  Dated at Detroit, Michigan, this 29th day of March 2013.

    DAVID J. WEAVER
    CLERK OF THE COURT

    s/ Lisa Wagner
    By:  Lisa Wagner, Case Manager
    to Judge Robert H. Cleland