**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DELEON ALEXANDER,

     Petitioner,

v.                                                                          Case No. 11-13841

DEBRA SCUTT,

     Respondent.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Petition for Writ of

Habeas Corpus and Denying Certificate of Appealability" dated March 29, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Respondent Debra Scutt.  Dated at Detroit, Michigan, this 29th day of March 2013.

DAVID J. WEAVER
CLERK OF THE COURT

s/ Lisa Wagner
By:  Lisa Wagner, Case Manager
     to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-13841.ALEXANDER.Judgment.wpd